**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JESUS EDUARDO MIZQUIN, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

PICCININI BROTHERS, INC.,
PAUL R. VACCARI, and
SYLVIE VACCARI,

                Defendants.

Case No.: 1:23-cv-09101

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Jesus Eduardo Mizquiri, sued incorrectly herein as Jesus Eduardo Mizquin hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated July 22, 2024, and annexed hereto as **Exhibit A**.

Dated: July 24, 2024

                Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs and the Class*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Roger J. Bernstein, Esq.
Bernstein & Gordon LLP
Rbernstein@rjblaw.com
551 Fifth Avenue, 12th Floor
New York, New York 10176
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.

2