```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS EDUARDO MIZQUIN, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

PICCININI BROTHERS, INC.,
PAUL R. VACCARI, and
SYLVIE VACCARI,

                Defendants.

Case No.: 1:23-cv-09101

~~[PROPOSED]~~ **[MKV]**
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Piccinini Brothers, Inc., Paul R. Vaccari and Sylvie Vaccari (collectively "Defendants"), having offered to allow Plaintiff Jesus Eduardo Mizquiri, sued incorrectly herein as Jesus Eduardo Mizquin ("Plaintiff") to take a judgment against them, in the sum of Thirty-Five Thousand Dollars and No Cents ($35,000.00) ("Judgment Amount"), inclusive of any and all attorneys' fees and costs to resolve all of Plaintiff's claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 22, 2024 and filed as Exhibit A to Docket Number 28;

**WHEREAS**, on July 24, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 28);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Jesus Eduardo Mizquiri, sued incorrectly herein as Jesus Eduardo Mizquin, in the sum of $35,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 22, 2024 and filed as Exhibit A to Docket Number 28. The Clerk of Court is respectfully directed to close this case.

1

**SO ORDERED:**

Dated: _____July 25___, 2024
       New York, New York

_____
                            Mary Kay Vyskocil
                                  U.S.D.J.